**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LEHMAN BROTHERS )<br>HOLDINGS, INC.  )<br>  )<br>  Plaintiff, )<br>  vs.  )<br>  )<br>SUSAN P. OLDFIELD, individual )<br>and d/b/a SOS APPRAISALS  )<br>  )<br>  Defendant. )<br>  ) | CASE NO.  1:12-CV-01660-JOF |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lehman Brothers Holdings, Inc., by and through its undersigned counsel, hereby dismisses this action without prejudice.

DATED:  June 7, 2013.

 */s/  Nancy B. Pridgen*
Nancy B. Pridgen
Georgia Bar No. 587949
MONNOLLY PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
404.551.5884 direct
678.812.3654 fax
Email: nancy@mplaw-llc.com

*Attorney for Plaintiff*
*LEHMAN BROTHERS HOLDINGS, INC.*